IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ANDY ERWIN BERLIN, #42548-018**                                                           **PETITIONER**

**VERSUS**                                                       **CIVIL ACTION NO. 5:07-cv-215-DCB-MTP**

**CONSTANCE REESE, Warden FCI-Yazoo City**                                **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice.

This the   21st   day of December, 2007.


                                        s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE